UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISRAELITO RETIS BERBANO,<br><br>                    Plaintiff,<br><br>          v.<br><br>FRANK BISIGNANO,<br><br>                    Defendant. | Case No. 2:25-cv-09111-CV (MARx)<br><br>**JUDGMENT RE REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(G)** |

Having approved the Parties' joint stipulation to voluntary remand pursuant to sentence four of 42 U.S.C. § 405(g) and to entry of judgment (see Doc. # 20), the Court ADJUDGES AND DECREES that judgment be entered for Plaintiff.

Dated: 5/14/26

*Cynthia Valenzuela*

HON. CYNTHIA VALENZUELA
UNITED STATES DISTRICT JUDGE

1